**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Francisco Javier Lopez,<br><br>                    Defendant. | NO.  07-3910 M<br><br>**ORDER** |

Pursuant to the Government's Motion to Dismiss Unlawful Flight to Avoid Prosecution complaint and good cause appearing,

**IT IS HEREBY ORDERED dismissing** the above-captioned complaint **ONLY** against FRANCISCO JAVIER LOPEZ without prejudice.

**IT IS HEREBY ORDERED** the arrest warrant pertaining to this complaint be **quashed**.

DATED this 2nd day of May, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge